UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDY LOUIS DONALDSON,<br><br>Petitioner,<br><br>v.<br><br>ROBERT JACKSON,<br><br>Respondent. | CASE NO. 3:25-CV-05354-JHC-DWC<br><br>ORDER FOR SERVICE AND ANSWER, § 2254 PETITION |

This is a federal habeas action filed under 28 U.S.C. § 2254. The filing fee has been paid. *See docket*. The Court, having reviewed Petitioner Randy Louis Donaldson's federal habeas petition, hereby finds and **ORDERS** as follows:

(1) The Clerk shall arrange for service, by e-mail upon Respondent and upon the Attorney General of the State of Washington, of copies of: the petition, all documents filed in support of the petition, and this Order.

(2) Within ***forty-five (45) days*** after such service, Respondent shall file and serve an answer in accordance with Rule 5 of the Rules Governing Section 2254 Cases in United States District Courts. As part of such answer, Respondent shall state whether Petitioner has exhausted

ORDER FOR SERVICE AND ANSWER,
§ 2254 PETITION - 1

available state remedies and whether an evidentiary hearing is necessary. Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate. Respondent shall file the answer with the Clerk of the Court and serve a copy of the answer on Petitioner's counsel.

(3)    The answer will be treated in accordance with LCR 7. Accordingly, on the face of the answer, Respondent shall note it for consideration no earlier than 28 days after filing. Petitioner may file and serve a response not later than 21 days after the filing date of the response, and Respondent may file and serve a reply not later than 28 days after the filing date of the answer.

(4)    <u>Filing by Parties, Generally</u>

All attorneys admitted to practice before this Court are required to file documents electronically via the Court's CM/ECF system. All filings must indicate in the upper right hand corner the name of the magistrate judge to whom the document is directed. Any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter.

(5)    <u>Motions</u>

Any request for court action shall be set forth in a motion, properly filed and served. Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration on the Court's motion calendar.

ORDER FOR SERVICE AND ANSWER,
§ 2254 PETITION - 2

(6)    <u>Direct Communications with District Judge or Magistrate Judge</u>

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk.

Dated this 30th day of April, 2025.

_____
David W. Christel
United States Magistrate Judge

ORDER FOR SERVICE AND ANSWER,
§ 2254 PETITION - 3