UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RANDY LOUIS DONALDSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ROBERT JACKSON, Superintendent, Washington State Penitentiary<br><br>　　　　Respondent. | NO. 3:25-cv-05354-JHC-DW<br><br>ORDER RE: MOTION FOR A MOTION FOR EXTENSION OF TIME FOR FILING OBJECTIONS TO REPORT AND RECOMMENDATIONS<br><br>**NOTE ON MOTION CALENDAR:**<br>**January 6, 2026** |

　　　THIS MATTER comes before the undersigned Court on Petitioner's Unopposed Motion for Extension of Time for Filing Objections to Report and Recommendation, Dkt. # 20, and the Court having reviewed the files and records herein, it is hereby

　　　ORDERED that Petitioner's Unopposed Motion for Extension of Time for Filing Objections to Report and Recommendation is GRANTED. Petitioner's new deadline is February 26, 2026.

　　　SO ORDERED this 7th day of January, 2026.

　　　　　　　　　　　　　　　　　　　　_John H. Chun_____
　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER RE: MOTION FOR A MOTION FOR EXTENSION OF
TIME FOR FILING OBJECTIONS TO REPORT AND
RECOMMENDATIONS – 1
(3:25-cv-05354-JHC-DW)